NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

NORMAN G. JENSEN, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2011-1319

---

Appeal from the United States Court of International Trade in case no. 10-CV-0115, Judge Richard K. Eaton.

---

ON MOTION

---

Before PROST, *Circuit Judge.*

## ORDER

The appellant moves to stay proceedings in this appeal pending the court's disposition in *Hitachi v. United States*, 2010-1345. The United States opposes. The appellant replies. In the event that the motion to stay is not granted, Norman also moves without opposition for a 60-day extension of time, until August 12, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to stay proceedings is denied.

(2)  The motion for an extension of time is granted.

FOR THE COURT

JUL   8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joel R. Junker, Esq.
Jason M. Kenner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2011

JAN HORBALY
CLERK